**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

NAJIB SHOUCAIR, #252899,

        Plaintiff,                 Case No. 07-12964
                                                  Hon. Anna Diggs Taylor

v.                                         Magistrate Judge Michael Hluchaniuk

MILLICENT WARREN, et al.,

        Defendants.

_____/

## ORDER ACCEPTING MAGISTRATE'S REPORT AND RECOMMENDATION

      This matter is before the Court on Magistrate Judge Michael Hluchaniuk's Report and Recommendation of May 19, 2008, denying Plaintiff's Motion for Declaratory Relief [D/E 12].

      The Court has reviewed the file and the Magistrate Judge's Report and Recommendation. No objections have been filed. The Court finds that the law cited by the Magistrate has been correctly placed and is controlling in this matter.

      Therefore, the Court will accept the Magistrate's Report and Recommendation of May 19, 2008 as the findings and conclusions of this Court.

      Accordingly,

      IT IS HEREBY ORDERED that Magistrate Judge Hluchaniuk's Report and Recommendation of May 19, 2008 is ACCEPTED and ADOPTED.

      IT IS SO ORDERED.


DATED: July 1, 2008                                   **s/Anna Diggs Taylor**
                                                              ANNA DIGGS TAYLOR
                                                              UNITED STATES DISTRICT JUDGE

---

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on July 1, 2008.

Najib Shoucair, #252899
Gus Harrison Correctional Facility
2727 E. Beecher Street
Adrian, MI 49221                                                     s/Johnetta M. Curry-Williams
                                                                      Case Manager