UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NAJIB SHOUCAIR, | Case No. 07-12964 |
| Plaintiff, | Anna Diggs Taylor<br>United States District Judge |
| vs. | |
| | Michael Hluchaniuk |
| MILLICENT WARREN AND<br>CORRECTIONS OFFICERS<br>DOE 1 AND DOE 2, | United States Magistrate Judge |
| Defendants. | |
| _____/ | |

## ORDER DENYING PLAINTIFF'S THIRD MOTION FOR APPOINTMENT OF COUNSEL WITHOUT PREJUDICE (Dkt. 45)

The present complaint was filed by plaintiff Najib Shoucair, a prisoner in the custody of the State of Michigan, on July 17, 2007. (Dkt. 1). In that complaint, plaintiff seeks damages against three employees of the Michigan Department of Corrections (MDOC) based on allegations that he was denied certain rights under the United States Constitution.[1] *Id.* This matter is before the Court on plaintiff's third motion for appointment of counsel. (Dkt. 45). Plaintiff previously filed

---

[1] Defendants filed a motion for summary judgment alleging that plaintiff failed to exhaust his administrative remedies. (Dkt. 9). The undersigned recommended that this motion be denied, which recommendation was adopted by the District Court. (Dkt. 15, 22).

1

motions for the appointment of counsel (Dkt. 20, 26), which this Court denied on May 15, 2008 and August 22, 2008, without prejudice. (Dkt. 23, 27). Plaintiff did not appeal either order to the District Court.

The Court previously concluded that, from reading the complaint and other pleadings filed by plaintiff, he has an adequate understanding of the matters involved in this case, and is able to articulate his claims and arguments in a reasonable fashion. (Dkt. 23, 27). The Court also concluded that no dispositive motions on the substantive issues presented in this matter have yet been filed or decided and that, should any future dispositive motion(s) on the substantive issues in this matter be decided in plaintiff's favor, plaintiff may re-file his motion for the appointment of counsel. (Dkt. 23, 27).

In his second motion for appointment of counsel, plaintiff alleged that because of his closed head injury, which has affected his long and short term memory, the psychotropic medications he takes, the seizures from which he suffers, and his limited use of the English language, counsel should be appointed for him in this case. (Dkt. 26). In the Order denying the second motion, the Court pointed out that plaintiff did not offer any evidence in support of his assertions, such as medical reports, affidavits of medical professionals or records with equivalent degrees of reliability. (Dkt. 27). With his third motion, plaintiff

attaches some medical records. (Dkt. 45). Most of these records relate to the injuries he suffered in 2006, which is the subject of this lawsuit, but plaintiff does not offer any recent medical records showing any limitation that prevents him from adequately prosecuting this matter on his own. (Dkt. 45). Thus, plaintiff offers no substantial and persuasive basis, at this time, for the undersigned to revisit the previous decisions to deny the appointment of counsel prior to the resolution, in plaintiff's favor, of a dispositive motion on the substantive issues presented in this case.

Plaintiff's third motion for appointment of counsel is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

The parties to this action may object to and seek review of this Order, but are required to file any objections within 10 days of service as provided for in 28 U.S.C. § 636(b)(1) and Local Rule 72.1(d)(2). A party may not assign as error any defect in this Order to which timely objection was not made. Fed.R.Civ.P. 72(a).

Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection.  Pursuant to Local Rule 72.1(d)(2), any objections must be served on this Magistrate Judge.

Date: April 2, 2009　　　　　　　　　　　　s/Michael Hluchaniuk
　　　　　　　　　　　　　　　　　　　　　　Michael Hluchaniuk
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

### CERTIFICATE OF SERVICE

　　　　I certify that on April 2, 2009,  I electronically filed the foregoing pleading with the Clerk of the Court using the ECF system, which will send notification of such filing to the following: Clifton B. Schneider, and I certify that I have mailed by United States Postal Service the foregoing pleading to the plaintiff, a non-ECF participant, at the following addresses: Najib Shoucair, #252899, COOPER STREET CORRECTIONAL FACILITY, 3100 Cooper Street, Jackson, MI 49201.

　　　　　　　　　　　　　　　　　　　　　　s/James P. Peltier
　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk
　　　　　　　　　　　　　　　　　　　　　　U.S. District Court
　　　　　　　　　　　　　　　　　　　　　　600 Church Street
　　　　　　　　　　　　　　　　　　　　　　Flint, MI 48502
　　　　　　　　　　　　　　　　　　　　　　(810) 341-7850
　　　　　　　　　　　　　　　　　　　　　　pete_peltier@mied.uscourts.gov