UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NAJIB SHOUCAIR,

               Plaintiff,               Case No. 07-12964
                                                             Hon. Anna Diggs Taylor
v.                                                       Magistrate Judge Michael Hluchaniuk

MILLICENT WARREN AND CORRECTION
OFFICERS DOE 1 AND DOE 2,
               Defendants.
_____/

### ORDER ACCEPTING MAGISTRATE'S REPORT AND RECOMMENDATION
(Docket #61)

This matter is before the Court on Magistrate Judge Michael Hluchaniuk's Report and Recommendation of July 27, 2009, granting Defendant Warren's Partial Motion for Summary Judgment (Docket #41).

The Court has reviewed the file, the Magistrate Judge's Report and Recommendation and Plaintiff's objections. The Court finds that the law cited by the Magistrate has been correctly placed and is controlling in this matter.

Therefore, the Court will accept the Magistrate's Report and Recommendation of July 27, 2009 as the findings and conclusions of this Court.

Accordingly,

IT IS HEREBY ORDERED that Magistrate Judge Michael Hluchaniuk's Report and Recommendation of July 27, 2009 is ACCEPTED and ADOPTED.

IT IS SO ORDERED.

DATED:  August 21, 2009                        **s/Anna Diggs Taylor**
                                                              ANNA DIGGS TAYLOR
                                                              UNITED STATES DISTRICT JUDGE

---

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail (**Najib Shoucair, 3250 Pelham Road, Dearborn, MI 48214**) disclosed on the Notice of Electronic Filing on August 21, 2009.

                                                                                  s/Johnetta M. Curry-Williams
                                                                                   Case Manager