# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

NAJIB SHOUCAIR,
         Plaintiff,         Case No. 07-12964
                                           Hon. Anna Diggs Taylor
v.                                       Magistrate Judge Michael Hluchaniuk

MILLICENT WARREN, et al.,
         Defendants.
_____/

## ORDER ACCEPTING MAGISTRATE'S REPORT AND RECOMMENDATION

This matter is before the Court on Magistrate Judge Michael Hluchaniuk's Report and Recommendation of May 25, 2010, granting Defendants Warren and Miller's Motion to Dismiss [D/E 76].

The Court has reviewed the file, the Magistrate Judge's Report and Recommendation, and Plaintiff's objections. The Court finds that the law cited by the Magistrate has been correctly placed and is controlling in this matter.

Therefore, the Court will accept the Magistrate's Report and Recommendation of May 25, 2010 as the findings and conclusions of this Court.

Accordingly,

IT IS HEREBY ORDERED that Magistrate Judge Hluchaniuk's Report and Recommendation of May 25, 2010 is ACCEPTED and ADOPTED.

IT IS SO ORDERED.

DATED: July 20, 2010                              **s/Anna Diggs Taylor**
                                                                ANNA DIGGS TAYLOR
                                                                UNITED STATES DISTRICT JUDGE

---

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on July 20, 2010.

Najib Shoucair
3250 Pelham Road
Dearborn, MI 48214

                                                                           **s/Deborah R. Tofil**
                                                                             Case Manager