UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


NAJIB SHOUCAIR,

        Plaintiff,        Case No. 07-12964
                                     Hon. Anna Diggs Taylor
v.                                        Magistrate Judge Michael Hluchaniuk

KIYAWA WILLIAMS,

        Defendant.
_____/


## ORDER ACCEPTING MAGISTRATE'S REPORT AND RECOMMENDATION

     This matter is before the court on Magistrate Judge Michael Hluchaniuk's Report and Recommendation of July 23, 2010, denying Defendant's Motion to Dismiss, in which Defendant argued that Plaintiff's claims should be dismissed because the summons and complaint were not served timely.

     The court has reviewed the file and the Magistrate Judge's Report and Recommendation. No objections have been filed. The court finds that the law cited by the Magistrate has been correctly placed and is controlling in this matter.

     Therefore, the court will accept the Magistrate's Report and Recommendation of July 23, 2010 as the findings and conclusions of this court.

     Accordingly,

     IT IS HEREBY ORDERED that Magistrate Hluchaniuk's Report and Recommendation of July 23, 2010 is ACCEPTED and ADOPTED.

     IT IS FURTHER ORDERED that Defendant's Motion to Dismiss [dkt 73] is DENIED.

     **IT IS SO ORDERED.**


DATED: September 15, 2010                      **s/ Anna Diggs Taylor**
                                                          ANNA DIGGS TAYLOR
                                                           UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on September 16, 2010.

Najib Shoucair
3250 Pelham Road
Dearborn, MI 48214

                                              s/ Michael L. Williams
                                              Case Manager